## PHILIP F. WIELER II *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Philip F. Wieler II for certification for appeal from the Appellate Court, 47 Conn. App. 59 (AC 16403), is denied.

*John R. Williams*, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided December 10, 1997

## ELIZABETH C. DOLGNER *v.* JON M. ALANDER, COMMISSIONER OF HUMAN RESOURCES

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 911 (AC 16595), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Joseph P. Secola*, in support of the petition.

*Nyle K. Davey*, assistant attorney general, in opposition.

Decided December 10, 1997